SECURITY FINANCE COMPANY, INCORPORATED, v. M. E. ROBINSON AND
T. R. ROBINSON, TRADING AS M. E. ROBINSON AND BROTHER.

(Filed 10 November, 1931.)

CIVIL ACTION, before *Sinclair, J.,* at May-June Term, 1931, of WAYNE.

The plaintiff instituted an action against the defendants upon certain promissory notes given for the purchase price of radios and radio equipment. The notes were payable to the Brenard Manufacturing Company, and it was alleged that they were duly endorsed to the plaintiff and that the plaintiff was a holder thereof in due course. The defendant offered evidence to the effect that the property was worthless. Issues were submitted to the jury and answered in favor of the defendant.

From judgment upon the verdict the plaintiff appealed.

*O. N. Lovelace for plaintiff.*
*Dickinson & Freeman and W. S. O'B. Robinson for defendant.*

PER CURIAM. The trial judge instructed the jury correctly upon all phases of the law involved in the controversy. Indeed there is no exception to the charge as given. Consequently, the trial of the cause was narrowed to the determination of issues of fact, and hence the verdict determines the merits of the action.

No error.

———

JOHN FRIES BLAIR, RECEIVER OF L. LEFKOWITZ, TRADING AS SOUTH-
ERN LOAN OFFICE v. PATRIOTIC INSURANCE COMPANY OF
AMERICA, (NOS. 1812 AND 1887), AND JOHN FRIES BLAIR, RECEIVER
OF L. LEFKOWITZ, TRADING AS SOUTHERN LOAN OFFICE v. SOUTH-
ERN HOME INSURANCE COMPANY OF THE CAROLINAS (NO. 1818).

(Filed 10 November, 1931.)

APPEAL by plaintiff from *Oglesby, J.,* at September Term, 1931, of
FORSYTH.

Civil actions instituted in the Forsyth County Court to recover on three fire insurance policies, consolidated for the purpose of trial and heard together.

The defenses interposed were that the policies in suit were void, because of the failure on the part of the assured to comply with "the iron safe clause" contained in each policy.